UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEPHEN MARSHALL GABARICK
and BERNARD ATTRIDGE
On Behalf of Themselves and All
Other Similarly Situated

VERSUS

LAURIN MARITIME (AMERICA), INC.;
WHITEFIN SHIPPING CO., LIMITED;
D.R.D. TOWING COMPANY, L.L.C.;
AMERICAN COMMERCIAL LINES,
INC.; and THE NEW ORLEANS-
BATON ROUGE STEAMSHIP PILOTS
ASSOCIATION

CIVIL ACTION

NUMBER: 08-4007
c/w    08-4012; 08-4023, 08-4025;
08-4031; 08-4046; 08-4055;
08-4058; 08-4059; 08-4060;
08-4156; 08-4261; 08-4317;
08-4505; 08-4600; 08-4701

**PERTAINS TO: 08-4156**

JUDGE LEMELLE

MAGISTRATE ROBY

## ORDER

The    Unopposed Motion to Withdraw    brought by Complainants in Intervention and

interpleader, Houston Casualty Insurance Company ("HCC") and Indemnity Insurance Company of

North America ("IINA"), as insurors of DRD Towing, LLC ("DRD"), and the Memorandum in

Support of the Motion having been duly considered,(Rec. Docs. No. 1532 & 1532-1), it is hereby

ORDERED, ADJUDGED AND DECREED that Houston Casualty Insurance Company and

Indemnity Insurance Company of North America are hereby allowed to withdraw as Complainants

in Intervention to file an Interpleader, that movers make no claim as to the interpleaded funds

remaining in the Court's registry and, furthermore, for any claims by any party or claimant, known

or unknown, arising out of the collision made the basis of this consolidated litigation proceeding,

that HCC and IINA are hereby fully discharged by Order of this Court, from any further

responsibility or liability under the primary and excess policies of insurance HCC and IINA issued

to DRD Towing Company, LLC.

New Orleans, Louisiana this _____1st_____ day of _____July_____, __2013__.

_____
United States District Judge